IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BART STRUDEN LOCKABY,

    Plaintiff,

v.                              CASE NO. 1:14-cv-00076-MP-CAS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 3, 2014. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 17. I have made a de novo review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that the substantial evidence supported the ALJ's finding that plaintiff could lift 50 pounds, in that the plaintiff himself testified that he could lift 50 pounds and medical evidence such as strength tests supported that conclusion. Likewise, plaintiff's description of his daily activities and the medical evidence provided substantial evidence to

*Page 2 of 2*

support the ALJ's rejection of plaintiff's claims of pain and limitation.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this   *24th* day of April, 2015

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge